437 A.2d 1021

Fairman, etc., et al. v. A. A. Gallagher, et al.
Appeal of City of Philadelphia.

Argued March 19, 1980. Gabriel Bevilacqua, for appellant; Arnold J. Wolf, for appellees.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

LIPEZ, J. concurred in the result.